AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| PASCAL ABIDOR, *et al.* ) <br> ) <br> *Plaintiffs* ) <br> ) <br> v. ) <br> ) <br> JANET NAPOLITANO, *et al.* ) <br> ) <br> *Defendants* ) | Case No. CV 10-4059 <br><br> (Trager, J.) <br> (Azrack, M.J.) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs in this case                                                                                          .


Date: December 8, 2010                     */s/ Hina Shamsi*
                                                              *Attorney's Signature*

                                                              HINA SHAMSI          HS6908
                                                              *Attorney Name and Bar Number*

                                                              American Civil Liberties Union
                                                              125 Broad Street, 18th Floor
                                                              New York, NY 10004
                                                              *Address*

                                                              hshamsi@aclu.org
                                                              *Email address*

                                                              212-284-7321
                                                              *Telephone Number*

                                                              212-549-2652
                                                              *Fax Number*