UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PASCAL ABIDOR, et al. | ) | |
| Plaintiffs, | ) | Civil Action |
| | ) | No. 10 CV 4059 |
| v. | ) | |
| | ) | (Korman, J.) |
| JANET NAPOLITANO, et al. | ) | (Azrack, M.J.) |
| | ) | |
| Defendants | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon Defendants' Memorandum Of Law In Support Of Motion To Dismiss and the exhibits thereto, Defendants shall move this Court before the Honorable Edward R. Korman, United States District Judge, United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, for an order dismissing this action pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and for such other relief as the Court may deem proper. Please note that pursuant to the Court's scheduling order, Plaintiffs must serve their answering papers on or before March 9, 2011 and Defendants must serve their reply papers on or before March 30, 2011.

Dated: January 28, 2011

Respectfully submitted,

TONY WEST
Assistant Attorney General

LORETTA E. LYNCH
United States Attorney

ELLIOT M. SCHACHNER
Assistant U.S. Attorney
SANDRA M. SCHRAIBMAN
Assistant Branch Director

s/Marcia Sowles
MARCIA SOWLES
Senior Counsel
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7114
Washington, D.C. 20530
Tel.:   (202) 514-4960
Fax.:   (202) 616-8470
Email: marcia.sowles@usdoj.gov