

**U.S. Department of Justice**

Civil Division

*Washington, D.C. 20530*
March 30, 2011

Honorable Edward R. Korman
United States District Judge
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: Abidor, et al. v. Napolitano, et al. CV-10-4059 (Korman, J.) (Azrack, M.J.)

Dear Judge Korman:

Defendants respectfully submit courtesy copies of the following documents filed in connection with their motion to dismiss this action:

1. Notice of Motion
2. Defendants' Memorandum of Law in Support of Motion to Dismiss
3. Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss
4. Reply in Support of Motion to Dismiss.

                                          Respectfully submitted,

LORETTA E. LYNCH                     TONY WEST
United States Attorney                  Assistant Attorney General

ELLIOT M. SCHACHNER             s/Marcia Sowles
Assistant U.S. Attorney                 MARCIA SOWLES
                                          Senior Counsel
                                          U.S. Department of Justice, Civil Division

cc: Counsel of Record
    (Via ECF)