

U.S. Department of Justice

Civil Division

*Washington, D.C. 20530*

May 6, 2011

Honorable Edward R. Korman
United States District Judge
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:  Abidor, et al. v. Napolitano, et al. CV-10-4059 (Korman, J.) (Azrack, M.J.)

Dear Judge Korman:

    As directed by Chambers, Defendants respectfully write to confirm that the oral argument on Defendants' motion to dismiss has been adjourned from May 19, 2011 at 2:30 p.m. to June 24, 2011 at 2:30 p.m. The adjourned date and time was set by Chambers in consultation with counsel for all parties, and is necessitated by multiple scheduling conflicts of the Court and counsel, which preclude an earlier date.

    Respectfully submitted,

| | |
|---|---|
| LORETTA E. LYNCH<br>United States Attorney | TONY WEST<br>Assistant Attorney General |
| ELLIOT M. SCHACHNER<br>Assistant U.S. Attorney | s/Marcia Sowles<br>MARCIA SOWLES<br>Senior Counsel<br>U.S. Department of Justice, Civil Division |

cc: Counsel of Record
    (Via ECF)