

**U.S. Department of Justice**

Civil Division

_____

*Washington, D.C. 20530*

June 20, 2011

Honorable Edward R. Korman
United States District Judge
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  Abidor, et al. v. Napolitano, et al. CV-10-4059 (Korman, J.) (Azrack, M.J.)

Dear Judge Korman:

Defendants respectfully write to confirm, after consultation with opposing counsel, that counsel for all parties are available on the adjourned date of July 8, 2011 at 2:30 p.m. for the oral argument on Defendants' motion to dismiss.

Respectfully submitted,

LORETTA E. LYNCH                          TONY WEST
United States Attorney                    Assistant Attorney General

ELLIOT M. SCHACHNER                       s/Marcia Sowles
Assistant U.S. Attorney                   MARCIA SOWLES
                                          Senior Counsel
                                          U.S. Department of Justice, Civil Division

cc: Counsel of Record
    (Via ECF)