UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------X

PASCAL ABIDOR, NATIONAL ASSOCIATION
OF CRIMINAL DEFENSE LAWYERS,
NATIONAL PRESS PHOTOGRAPHERS
ASSOCIATION,

                Plaintiffs,

      v.

JANET NAPOLITANO, in her official capacity
as Secretary of the U.S. Department of Homeland
Security; ALAN BERSIN, in his official capacity
as COMMISSIONER, U.S. Customs and Border
Protection; JOHN T. MORTON, in his official
capacity as Assistant Secretary of Homeland
Security for U.S. Immigration and Customs
Enforcement,

                Defendants.

------------------------------------X

Case No.
1:10-cv-04059-ERK

(Korman, J.)

(Azrack, M.J.)

## APPEARANCE OF COUNSEL

TO: The Clerk of Court and all parties of record

      I am admitted to practice in this court, and I appear in this case as counsel for Plaintiff, National Association of Criminal Defense Lawyers.

Dated: October 27, 2011

                                          _____
                                          Susan J. Walsh, NY Bar # 2832202
                                          Vladeck, Waldman, Elias & Engelhard, P.C.
                                          1501 Broadway, Suite 800
                                          New York, New York 10036
                                          Email: swalsh@vladeck.com
                                          (212) 403-7348

393129 v1

CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2011, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic service upon the following parties and participants;

John Robert Coleman
U.S. Department of Justice
Civil Division, Federal Programs
20 Massachusetts Avenue, NW
Washington, DC 20001
(202) 514-4505
Fax: (202) 616-8460
Email: john.coleman3@usdoj.gov
Attorney for Defendants Napolitano, Bersin, and Morton

Elliot M. Schachner
United States Attorneys Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201-1820
(718) 254-6053
Fax: (718) 254-6081
Email: Elliot.Schachner@usdoj.gov
Attorney for Defendant Napolitano

Marcia K. Sowles
U.S. Department of Justice
Civil Division,
20 Massachusetts Avenue, NW
Washington, DC 20001
(202) 514-49605
Fax: (202) 616-8470
Email: marcia.sowles@usdoj.gov
Attorney for Defendants Napolitano, Bersin, and Morton

Susan J. Walsh

393129 v1