# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PASCAL ABIDOR, *et al.* | |
| Plaintiffs, | Case No. 1:10-cv-04059 |
| v. | (Korman, J.) |
| JANET NAPOLITANO, *et al.* | (Azrack, M.J.) |
| Defendants. | |

## NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificates of Good standing annexed thereto we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admissions of movant, and member of the office of the National Association of Criminal Defense Lawyers and a member in good standing of the Bars of the States of Florida and the District of Columbia, as attorney pro hac vice to argue or try this case in whole or in part as counsel for plaintiff, the National Association of Criminal Defense Lawyers. There are no pending disciplinary proceedings against me in any State or Federal court.

Respectfully submitted,

Mason C. Clutter
National Association of Criminal Defense Lawyers
1660 L Street, NW, 12th Floor
Washington, D.C. 20036
mclutter@nacdl.org
(202) 465-7658

Dated: 11/16/11

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PASCAL ABIDOR, *et al.* ) | |
| ) | |
| Plaintiffs, ) | Case No. |
| ) | 1:10-cv-04059 |
| v. ) | |
| ) | (Korman, J.) |
| JANET NAPOLITANO, *et al.* ) | (Azrack, M.J.) |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF MASON C. CLUTTER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

District of Columbia )
) ss:
)

Mason C. Clutter, being duly sworn, hereby deposes and says as follows:

1. I am an attorney with the National Association of Criminal Defense Lawyers.
2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.
3. As shown in the Certificates of Good Standing annexed hereto I am a member in good standing of the Bars of the States of Florida and the District of Columbia.
4. There are no pending disciplinary proceedings against me in any State or Federal court.
5. Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate <u>pro hac vice</u> in this one case for plaintiff, National Association of Criminal Defense Lawyers.

*/s/ Mason C. Clutter*
Mason C. Clutter
National Association of Criminal Defense Lawyers
1660 L Street, NW, 12th Floor
Washington, D.C. 20036
mclutter@nacdl.org
(202)465-7658

Dated: 11/16/11
NOTARIZED

DANNIE FARMER
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires July 14, 2013

*/s/ Dannie Farmer* 11/16/2011

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PASCAL ABIDOR, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JANET NAPOLITANO, *et al.* ) <br> ) <br> Defendants. ) | Case No. <br> 1:10-cv-04059 <br><br> (Korman, J.) <br> (Azrack, M.J.) |

## ADMISSION TO PRACTICE PRO HAC VICE

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney, Mason C. Clutter, is permitted to argue or try this particular case in whole or in part as counsel or advocate for plaintiff, National Association of Criminal Defense Lawyers.

This Order becomes effective upon the Court's receipt of the required $25.00 fee and confirms your appearance as counsel in this case. A notation of your admission pro hac vice in the above listed case will be made on the roll of attorneys.

Dated:

                                                United States District Judge

Cc: Mason C. Clutter
     Court File



# The Florida Bar

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

850/561-5600
www.FLORIDABAR.org

State of Florida   )

County of Leon    )

              In Re:    27611
                           Mason C. Clutter
                           3131 Connecticut Ave. N.W., Apt. 2113
                           Washington, DC

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 26, 2006.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this ____ day of November, 2011.

*Willie Mae Shepherd*
Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/KLCTh1:R10



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

**MASON CLUTTER**

was on the 9TH day of JULY, 2010 duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 7, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk