

**U.S. Department of Justice**

Civil Division

---

*Washington, D.C. 20530*

March 21, 2012

Honorable Edward R. Korman
United States District Judge
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: Abidor, et al. v. Napolitano, et al. CV-10-4059 (Korman, J.) (Azrack, M.J.)

Dear Judge Korman:

    Defendants respectfully write to inform the Court that, on March 19, 2012, the Ninth Circuit ordered en banc rehearing in United States v. Cotterman, 637 F. 3d 1068 (9th Cir. 2011), discussed in Defendants' supplemental letter brief dated March 31, 2011 (Dkt. 20). A copy of the Ninth Circuit order is attached hereto.

                                                        Respectfully submitted,

LORETTA E. LYNCH                                   STUART DELERY
United States Attorney                                Acting Assistant Attorney General

ELLIOT M. SCHACHNER                         s/Marcia Sowles
Assistant U.S. Attorney                                MARCIA SOWLES
                                                             Senior Counsel
                                                              U.S. Department of Justice, Civil Division

cc: Counsel of Record
    (Via ECF, w/encl.)

**FILED**

**FOR PUBLICATION**

MAR 19 2012

**UNITED STATES COURT OF APPEALS**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**FOR THE NINTH CIRCUIT**

| UNITED STATES OF AMERICA, | No. 09-10139 |
|---|---|
| Plaintiff - Appellant, | D.C. No. 4:07-cr-01207-RCC-CRP-1 |
| v. | |
| HOWARD WESLEY COTTERMAN, | ORDER |
| Defendant - Appellee. | |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.