UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
PASCAL ABIDOR, NATIONAL                                          JUDGMENT
ASSOCIATION OF CRIMINAL DEFENSE                                  10-CV- 4059 (ERK)
LAWYERS, NATIONAL PRESS
PHOTOGRAPHERS ASSOCIATION,

                             Plaintiffs,

            -against-

JANET NAPOLITANO, ALAN BERSIN,
JOHN T. MORTON,

                         Defendants.
------------------------------------------------------X

        A Memorandum and Order of Honorable Edward R. Korman, United States

District Judge, having been filed on December 31, 2013, granting the Defendants' motion to

dismiss; it is

        ORDERED and ADJUDGED that the Defendants' motion to dismiss is granted.

Dated: Brooklyn, New York                                        Douglas C. Palmer
       December 31, 2013                                         Clerk of Court


                               by:    */s/ Janet Hamilton*
                                        Deputy Clerk