UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

_____
                                           )
PASCAL ABIDOR, *et al.*                    )
                                           )
                Plaintiffs,                )      Case No.
                                           )      1:10-cv-04059
        v.                                 )
                                           )      (Korman, J.)
JANET NAPOLITANO, *et al.*                 )      (Azrack, M.J.)
                                           )
                Defendants.                )
_____)

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum in Support of Plaintiffs' Partial Motion for Reconsideration of This Court's December 31, 2013 Order, Plaintiffs shall move this Court before the Honorable Edward R. Korman, United States District Judge, United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, to alter, amend, or reconsider its dismissal order of December 31, 2013, pursuant to Rule 59(e) of the Federal Rules of Civil Procedure and Local Rule 6.3. Please note that the parties have agreed to the following briefing schedule: Defendants must serve their answering papers on or before February 13, 2014, and Plaintiffs must serve their reply papers on or before February 27, 2014.

Dated: January 14, 2014

                                Respectfully, submitted

                                /s/ Catherine Crump
                                Catherine Crump
                                Hina Shamsi
                                American Civil Liberties Union Foundation
                                125 Broad Street, 18th Floor

1

New York, NY 10004
Phone:  (212) 549-2500
Fax:  (212) 549-2583
Email: ccrump@aclu.org

Mason C. Clutter
National Association of Criminal Defense
       Lawyers
1660 L Street, N.W., 12th Floor
Washington, D.C. 20036
(202) 465-7658

Christopher Dunn
Arthur Eisenberg
New York Civil Liberties Union Foundation
125 Broad Street, 19th Floor
New York, NY 10004
(212) 607-3300

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2014, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

> Marcia K. Sowles
> Senior Counsel
> U.S. Department of Justice, Civil Division
> Federal Programs Branch
> 20 Massachusetts Ave., N.W., Room 7114
> Washington, D.C. 20530
> Phone: (202) 514-4960
> Fax: (202) 616-8470
> Email: marcia.sowles@usdoj.gov
>
> Elliot M. Schachner
> United States Attorneys Office
> Eastern District of New York
> 271 Cadman Plaza East
> Brooklyn, NY 11201-1820
> Phone: (718) 254-6053
> Fax: (718) 254-6081
> Email: Elliot.Schachner@usdoj.gov
>
> *Attorneys for Defendants*

/s/ Catherine N. Crump
Catherine N. Crump