**ACLU**
**FOUNDATION**
**AMERICAN CIVIL LIBERTIES UNION**

February 27, 2014

Honorable Edward R. Korman
United States District Judge
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: Abidor, *et al*. v. Napolitano, *et al*. CV-10-4059 (Korman, J.)
      (Azrack, M.J.)

Dear Judge Korman:

      Plaintiffs respectfully submit courtesy copies of the following documents filed in connection with their motion for partial reconsideration:

1. Notice of Motion
2. Plaintiffs' Memorandum of Law in Support of Motion for Partial Reconsideration
3. Defendants' Opposition to Motion for Reconsideration
4. Reply in Support of Motion for Partial Reconsideration

      Respectfully submitted,

      /s/ Catherine Crump
      Catherine Crump
      American Civil Liberties Union
         Foundation

cc: Counsel of Record
    (Via ECF)

**AMERICAN CIVIL LIBERTIES**
**UNION FOUNDATION**
NATIONAL OFFICE
125 BROAD STREET, 18TH FL.
NEW YORK, NY 10004-2400
T/212.549.2500
WWW.ACLU.ORG

SUSAN N. HERMAN
*PRESIDENT*

ANTHONY D. ROMERO
*EXECUTIVE DIRECTOR*