

## U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 2, 2014

By ECF
Honorable Edward R. Korman
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  Abidor et al. v. Napolitano et al., CV-10-4059
           (Korman, J.) (Azrack, M.J.) (E.D.N.Y.)

Dear Judge Korman:

    Defendants respectfully write to request (1) that oral argument in the above action be adjourned from April 18, 2013 at 3:00 pm to May 12, 13 (morning only), 19 (morning only), 21, 22 or 23, 2014; and (2) that the deadline for submitting supplemental briefing be extended from April 11, 2014 to seven (7) days before the adjourned oral argument date.  Counsel for Defendants is unavailable for oral argument on April 18, 2014.  Plaintiffs' counsel has informed the undersigned that Plaintiffs do not oppose this motion.  Counsel for all parties are available on each of the proposed adjourned dates.

                                    Respectfully submitted,

                                    LORETTA E. LYNCH
                                  United States Attorney

                By:  /s_____
                     ELLIOT M. SCHACHNER
                     Assistant U.S. Attorney
                     (718) 254-6053

cc :

  All counsel for Plaintiffs
  (by ECF)