

April 21, 2014

Honorable Edward R. Korman
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: Abidor, *et al.* v. Napolitano, *et al.* 1:10-CV-04059 (Korman, J.) (Azrack, M.J.)

Dear Judge Korman:

    Plaintiffs write to the Court with a special request regarding the oral argument on their converted Rule 41(g) motion for return of property. Brian Hauss, who is currently engaged in a two-year legal fellowship with the ACLU, prepared Plaintiffs' papers on this motion and the motion for partial reconsideration. With the Court's leave, Plaintiffs would like to allow Mr. Hauss to conduct oral argument. Mr. Hauss is a member in good standing of the California Bar (Bar No. 284759). He has passed the New York bar examination and is currently in the process of gaining admission to the New York Bar. Because Mr. Hauss currently resides in New York, he has not sought pro hac vice admission in this case. Defendants do not oppose Mr. Hauss's participation in oral argument.

    The ACLU thanks the Court for its consideration of this request.

    Respectfully submitted,

    /s/ Catherine Crump
    Catherine Crump
    American Civil Liberties Union Foundation
    125 Broad St., 18th Floor
    New York, NY 10004
    (212) 549-2500

cc: Counsel of Record
    (Via ECF)

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
NATIONAL OFFICE
125 BROAD STREET, 18TH FL.
NEW YORK, NY 10004-2400
T/212.519.7804
F/212-549-258O
WWW.ACLU.ORG