**CIVIL CAUSE FOR                   HEARING**
BEFORE JUDGE KORMAN                   4/25/2014                   TIME:   1/30
CV-    10CV4059


TITLE:                              ABIDOR v. NAPOLITANO

PLTFFS ATTY:        **CATHERINE CRUMP**
                    X    present                    not present

                    **BRIAN HAUSS**
                    X    present                    not present


                    _____
                         present                    not present



DEFTS ATTY:         **ELLIOTT SCHACTNER, AUSA**
                         present                    not present

                    **MARCIA SOWLES, DOJ**
                         present                    not present


                    _____
                         present                    not present



ESR:    HONG/ROCCO                   COURTROOM DEPUTY: PaulaMarie Susi

OTHER:    _____

 X    CASE CALLED.  CONF      (HELD / ADJ'D / CONT'D TO_____)

 X    ARGUMENT HEARD / CONT'D TO_____.

 X    DECISION:   RESERVED.

**OTHER:** _____

REDACTED MESSAGE SUMMARY MARKED CT. EX. #1, IN CAMERA REVIEW.

REDACTED COPIES TO BE PROVIDED TO PLTFF BY 6/13/2014