

May 20, 2014

The Honorable Edward R. Korman
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Abidor, *et al.* v. Napolitano, *et al.*, 1:10-CV-04059 (Korman, J.) (Azrack, M.J.)

Dear Judge Korman:

    At the hearing on April 25, 2014, this Court contemplated that Plaintiffs would have an opportunity to respond to Defendants' arguments for retaining records derived from his private digital information. Defendants have now submitted their Supplemental Memorandum on this issue, ECF No. 54. Due to an intervening court hearing, and counsel's vacation schedule, Plaintiffs propose to file their response memorandum by June 5, 2014. Defendants do not oppose this request.

                Respectfully submitted,

                /s/ Catherine Crump
                Catherine Crump
                American Civil Liberties Union Foundation
                125 Broad Street, 18th Floor
                New York, NY 10004
                (212) 549-2500

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
NATIONAL OFFICE
125 BROAD STREET, 18TH FL.
NEW YORK, NY 10004-2400
T/212.519.7804
F/212-549-258O
WWW.ACLU.ORG