**ACLU**
AMERICAN CIVIL LIBERTIES UNION FOUNDATION

June 6, 2014

Honorable Edward R. Korman
United States District Judge
225 Cadman Plaza East
Brooklyn, NY 11201

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
NATIONAL OFFICE
125 BROAD STREET, 18TH FL.
NEW YORK, NY 10004-2400
T/212.549.2500
WWW.ACLU.ORG

SUSAN N. HERMAN
PRESIDENT

ANTHONY D. ROMERO
EXECUTIVE DIRECTOR

Re: Abidor, *et al.* v. Napolitano, *et al.*, CV-10-4059 (Korman, J.) (Azrack, M.J.)

Dear Judge Korman:

Plaintiffs respectfully submit courtesy copies of the following documents filed under seal:

1. Unopposed Motion for Leave to File Document Under Seal
2. Supplemental Memorandum Supporting Expungement of Government Records Derived from Plaintiff Abidor's Private Digital Information

Courtesy copies of the documents have also been delivered via email to opposing counsel.

Respectfully Submitted,

/s/ Catherine Crump
American Civil Liberties Union Foundation

cc: Counsel of Record
(via ECF)