

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 17, 2014

By ECF
Honorable Edward R. Korman
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  Abidor et al. v. Napolitano et al., CV-10-4059
          (Korman, J.) (Azrack, M.J.) (E.D.N.Y.)

Dear Judge Korman:

    On June 5, 2014, Plaintiff Pascal Abidor ("Plaintiff") filed his Supplemental Memorandum Supporting Expungement of Government Records Derived From Plaintiff Abidor's Private Digital Information" ("the Supplemental Memorandum") (Dkt. 58).  The Supplemental Memorandum contains contentions that Plaintiff has not previously raised as well as inaccurate statements.  Defendants respectfully request that they be permitted to file a responsive brief of no more than six pages, which would be limited to addressing the contentions raised for the first time in the Supplemental Memorandum and the inaccurate statements contained therein.

                                    Respectfully submitted,

                                    LORETTA E. LYNCH
                                  United States Attorney

                By:  /s_____
                      ELLIOT M. SCHACHNER
                      Assistant U.S. Attorney
                      (718) 254-6053

cc :

  All counsel for Plaintiffs
  (by ECF)