# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

_____

PASCAL ABIDOR, *et al*.

        Plaintiffs,

v.

JANET NAPOLITANO, *et al*.

        Defendants.
_____

Case No.
1:10-cv-04059

(Korman, J.)
(Azrack, M.J.)

## NOTICE OF CHANGE OF ATTORNEY CONTACT INFORMATION

Pursuant to Local Rule 1.3(d), Catherine Crump, counsel for Plaintiffs, respectfully gives notice to the Court and all counsel of a change of mailing address, email address, and phone number. Please note that, effective June 20, 2014, the new contact information will be:

Catherine Crump
University of California, Berkeley
433 Boalt Hall, North Addition
Berkeley, CA 94720-7200
Phone number: (510) 292-6860
Email address: ccrump@law.berkeley.edu

Please direct all future correspondence to the new address.

Dated: June 20, 2014

        Respectfully submitted,

        /s/ Catherine Crump
        CATHERINE CRUMP
        University of California, Berkeley
        433 Boalt Hall, North Addition
        Berkeley, CA 94720-7200
        (510) 292-6860
        ccrump@law.berkeley.edu

cc: Counsel of Record (via ECF)