**CIVIL CAUSE FOR          TELEPHONE CONF**
BEFORE JUDGE KORMAN          July 23, 2014          TIME: 0/40
CV-  10-4059

TITLE:          ABIDOR v. NAPOLITANO

PLTFFS ATTY:          **Catherine N Crump**
                       present          not present

                       present          not present

                       present          not present

DEFTS ATTY:          **Elliot M. Schachner, AUSA**
                       present          not present

                       present          not present

                       present          not present

ESR:                              COURTROOM DEPUTY: PaulaMarie Susi

OTHER:

 X    CASE CALLED. CONF      x(HELD)

  _   ARGUMENT HEARD / CONT'D TO                  .

  _   DECISION:   ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER**


**regarding sealed documents.  Briefs to follow.**