

September 11, 2014

Honorable Edward R. Korman
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
NATIONAL OFFICE
125 BROAD STREET, 18TH FL.
NEW YORK, NY 10004-2400
T/212.519.7804
F/212.549.2580
WWW.ACLU.ORG

Re: Abidor, *et al.* v. Napolitano, *et al.* CV-10-4059 (Korman, J.) (Azrack, M.J.)

Dear Judge Korman:

    Plaintiffs respectfully write to inform the Court that the parties jointly seek an extension of the time for them to file their respective briefs from September 15, 2014, to September 29, 2014. The parties seek this short, two-week extension because they are engaged in negotiations regarding a possible disposition of this case that may eliminate the need for further briefing in this case or substantially alter the content of such briefing. For this reason, the parties request that the Court extend their respective briefing deadlines to September 29, 2014.

    Respectfully submitted,

/s/ Brian Hauss
Brian Hauss
American Civil Liberties Union Foundation
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2500

cc: Counsel of Record
    (Via ECF)