

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 26, 2014

By ECF
Honorable Edward R. Korman
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  Abidor et al. v. Napolitano et al., CV-10-4059
          (Korman, J.) (Azrack, M.J.) (E.D.N.Y.)

Dear Judge Korman:

    Defendants, with the consent of Plaintiffs, respectfully request that the deadline for further briefing on Plaintiffs' motion for reconsideration be extended from September 29, 2014 until and including October 17, 2014.  As explained in Plaintiffs' letter to the Court dated September 11, 2014 (Dkt. 69), the parties are engaged in negotiations regarding a possible disposition of this case that may eliminate the need for further briefing in this case or substantially alter the content of such briefing.  Those negotiations are continuing, but have not resulted in an agreement to date, in part because of the need to obtain approval from the appropriate government officials.

    This request is the second request for an extension of the aforementioned deadline; the first request was granted.

    Thank you for Your Honor's consideration of this request.

                    Respectfully submitted,

                    LORETTA E. LYNCH
                    United States Attorney

By:   /s_____
       ELLIOT M. SCHACHNER
       Assistant U.S. Attorney
       (718) 254-6053

cc :

   All counsel for Plaintiffs
    (by ECF)