

**U.S. Department of Justice**

Civil Division

*Washington, DC 20530*

October 16, 2014

By ECF
Honorable Edward R. Korman
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  Abidor et al. v. Napolitano et al., CV-10-4059 (Korman, J.) (Azrack, M.J.)
           (E.D.N.Y.)

Dear Judge Korman:

    Defendants, with the consent of Plaintiffs, respectfully request that the deadline for further briefing on Plaintiffs' motion for reconsideration be extended from October 17, 2014, to October 30, 2014.  As explained in Plaintiffs' letter to the Court dated September 11, 2014 (Dkt. No. 69) and Defendants' letter dated September 26, 2014 (Dkt. No. 70), the parties are engaged in negotiations regarding a possible disposition of this case that may eliminate the need for further briefing in this case.  The parties have negotiated the language of relevant materials, subject to obtaining final approval from the appropriate government officials.  Defendants need additional time to complete that process of obtaining final approval.

    This request is the third request for an extension of the aforementioned deadline; the previous two requests were granted.

    Thanks you for Your Honor's consideration of this request.

                                                      Respectfully submitted,

| | |
|---|---|
| LORETTA E. LYNCH | JOYCE BRANDA |
| United States Attorney | Acting Assistant Attorney General |
| | |
| ELLIOT M. SCHACHNER | DIANE KELLEHER |
| Assistant U.S. Attorney | Assistant Branch Director |
| | |
| | *s/Marcia K. Sowles* |
| | Marcia K. Sowles |
| | Senior Counsel |

- 2 -

U.S. Department of Justice, Civil Division

cc: Counsel of Record
    (Via ECF)